## The People on the relation of George Faust v. The Judge of the Calhoun Circuit Court.

*Habeas corpus: Proceedings according to the course of the common law : Writ of error.* Proceedings on *habeas corpus* before a circuit judge at chambers, are not proceedings according to the course of the common law, in the sense in which that expression is applied to proceedings reviewable on writs of error.

*Remedy : Certiorari : Habeas corpus.* The proper remedy for errors committed in such proceedings is by *certiorari*, or by *habeas corpus* in the supreme court.

*Mandamus : Bill of exceptions : Habeas corpus. Mandamus* will not be granted to require a circuit judge to sign a bill of exceptions in such proceedings.

*Heard and decided October 7.*

Application for *mandamus.*

The purpose of this application is to require the circuit judge to sign a bill of exceptions to bring up for review, on writ of error, proceedings on *habeas corpus* had before him at chambers.

*Brown & Patterson,* for the relator, moved for an order to show cause.

No counsel appeared for the respondent.

THE COURT held that such proceedings were not according to the course of the common law in the sense in which that expression is applied to proceedings reviewable on writ of error; and that the proper remedy was by *certiorari*, or by *habeas corpus* in the supreme court, neither of which would be available now in this case, as the imprisonment has expired.

Motion denied.